```
JENNIFER REBECCA LAMBERT          CENTERPOINT ENERGY              ECO SOUTH
BRENT DERAY LAMBERT               P.O. BOX 1700                   PO BOX 91568
812 PECAN GROVE ROAD              HOUSTON, TX 77251               MOBILE, AL 36691
ELLISVILLE, MS 39437


THOMAS C. ROLLINS, JR.            CITIBANK                        HARLEY DAVIDSON
THE ROLLINS LAW FIRM, PLLC        PO BOX 790040                   ATTN: BANKRUPTCY
P.O. BOX 13767                    ST LOUIS, MO 63179              PO BOX 22048
JACKSON, MS 39236                                                 CARSON CITY, NV 89721


1ST FRANKLIN                      CITY PROPERTIES LLC             HOLIFIELD RESTAURANT
2001 HIGHWAY 15 N                 2139 HWY 15                     107 N 14TH AVE
LAUREL, MS 39440                  LAUREL, MS 39440                LAUREL, MS 39440


AFFIRM, INC.                      COASTAL COMMUNITY BANK          J&J PRODUCE
ATTN: BANKRUPTCY                  415 EVERGREEN WAY               105 FREDERICK ST
650 CALIFORNIA ST                 EVERETT, WA 98203               HATTIESBURG, MS 39401
SAN FRANCISCO, CA 94108


AIR GAS                           COMCAST                         JONES COUNTY TAX
PO BOX 734672                     P.O. BOX 1931                   P.O. BOX 511
DALLAS, TX 75373                  BURLINGAME, CA 94011            LAUREL, MS 39441


AMEX                              COMENITY BANK                   MARINER FINANCE
PO BOX 981535                     ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
EL PASO, TX 79998                 PO BOX 182125                   8211 TOWN CENTER DR
                                  COLUMBUS, OH 43218              NOTTINGHAM, MD 21236


BRADY INDUSTRIES                  COMMUNITY BANK                  MS DEPT OF REVENUE
7055 LINDELL RD                   ATTN: BANKRUPTCY                BANKRUPTCY SECTION
LAS VEGAS, NV 89118               1905 COMMUNITY BANK             PO BOX 22808
                                  FLOWOOD, MS 39232               JACKSON, MS 39225-2808


CAPITAL ONE                       COZZINI BROS                    MS POWER
ATTN: BANKRUPTCY                  8430 W BRYN MAWR AVE            420 WEST PINE ST
PO BOX 30285                      CHICAGO, IL 60631               HATTIESBURG, MS 39401
SALT LAKE CITY, UT 84130


CCB/ONEPRO                        DICKEYS BBQ                     OPS PLUS
PO BOX 513717                     4514 COLE AVE                   PO BOX 3020
LOS ANGELES, CA 90051             DALLAS, TX 75205                JACKSON, MS 39207
```

```
PYE BAKER                          US FOODS
2102 SANDY LN                      3682 COLLECTIONS CT
LAUREL, MS 39440                   CHICAGO, IL 60693



REPUBLIC FINANCE                   WELLS FARGO
1600 HWY 15 N, STE 300             ATTN: BANKRUPTCY
LAUREL, MS 39440                   PO BOX 10438
                                   DES MOINES, IA 50306


ROADRUNNER ACCOUNT
ATTN: BANKRUPTCY
5525 N MACARTHUR BLV
STE 660
IRVING, TX 75038

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY
P.O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965064
ORLANDO, FL 32896


SYSCO
1390 ENCLAVE PKWY
HOUSTON, TX 77077



TOM'S COMMERCIAL A/C
3 TEN ACRES RD
LAUREL, MS 39443
```