**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **JENNIFER REBECCA LAMBERT**<br>**BRENT DERAY LAMBERT** | **CASE NO. 25-50502-KMS** |
| *Debtors.* | **CHAPTER 7** |

**To:**   Jeff Rawlings, Esq.
            Notices@rawlingsmacinnis.net

### Notice to File Corporate Ownership Statement

On April 22, 2025 you filed a Motion to Abandon Collateral and Lift Stay (Dkt. #10) on behalf of Community Bank of Mississippi (the "Movant") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(2) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **April 28, 2025** the Movant must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(2).

Dated: April 24, 2025

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.
[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)