# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JENNIFER LAMBERT
AND BRENT LAMBERT                                                  NO. 25-50502-KMS

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1010(b) and 7007.1(a), Community Bank of Mississippi declares that Community Bancshares of Mississippi, Inc. owns one-hundred percent (100%) of the equity interests of Community Bank of Mississippi.

DATED: April 24, 2025.

COMMUNITY BANK OF MISSISSIPPI

By: /s/ Jeff Rawlings
       Its Attorney

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642