IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jennifer Rebecca Lambert                                    Case No. 25-50502-KMS
         Brent Deray Lambert, Debtors                                                CHAPTER 7

### ORDER PARTIALLY AVOIDING JUDICIAL LIEN

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No.    ] of the debtors to avoid the fixing of the judicial lien (Judgment) of 1st Franklin Financial Corp. on exempt property of the debtors and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (Judgment) obtained against the debtors entered in the Justice Court of Jones County, Mississippi, filed at Docket 9303 at page 139 in the amount of $2,365.23, enrolled in the Judgement Roll maintained by the Jones County Justice Court Clerk, is hereby avoided and held for naught to the extent it impairs any property of the debtors otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtors' homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 812 Pecan Grove Road, Ellisville, Jones County, Mississippi 39437, being more fully described as follows:

> Commence at an axle marking the Southwest corner of the Southwest ¼ of the Southeast ¼ of section 31, Township 8 North, Range 11 West, First Judicial District, Jones County, Mississippi, and run North 00, 00'55 East for 795.97 feet to a ½" rebar on the West edge of Pecan Grove Road, for the point of beginning; Thence run North 00, 00'06 East for 209.00 feet to a ½" rebar; Thence run West for 209.00 feet back to the point of

beginning. Said parcel of land is a part of the Southwest ¼ of the Southeast ¼ of Section 31, Township 8 North, Range 11 West, First Judicial District, Jones County, Mississippi and contains 1.00 acre more or less.

Indexing Instructions:  SW 1/4 of SE 1/4, of Section 31, Township 8 North, Range 11 West, 1st Judicial District, Jones County, Mississippi.

2. A certified copy of this Order is to be filed in the land records of Jones County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the names of Brent Deray Lambert (debtor) as grantor.  The debtor's attorney will ensure compliance with this provision.

3. The Justice Court Clerk of Jones County, Mississippi is to enter on the Judgment roll that the judicial lien (Judgment) of 1st Franklin Financial Corp. filed at Docket 9303 at page 139 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file.  The debtors' attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)