# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50502     **Case Name:** Jennifer Rebecca Lambert and Brent Deray Lambert

**Set:** 05/22/2025 09:30 am   **Chapter:** 7   **Type:** bk   **Judge:** Katharine M. Samson

**matter:** Motion for Relief from Stay as to 2014 Ford F-150 Truck. ., Motion to Compel Abandonment . Filed by Creditor Community Bank of Mississippi  (Dkt. #10)

Minute Entry Re: (related document(s): [10] Motion for Relief From Stay filed by Community Bank of Mississippi) Rawlings to submit a no response Order due by 06/05/2025. Email received from Rawlings' office. (mcc)