SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JENNIFER LAMBERT
AND BRENT LAMBERT          NO. 25-50502-KMS

**COMMUNITY BANK OF MISSISSIPPI**        **MOVANT**

VS.

**JENNIFER LAMBERT AND BRENT
LAMBERT, DEBTORS AND DEREK
A. HENDERSON, TRUSTEE**         **RESPONDENTS**

## ORDER ON MOTION TO ABANDON COLLATERAL AND LIFT STAY (DKT #10)

This matter having come on before this Court on the motion of Community Bank of Mississippi ("Bank") to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 and the Court having found that there was no response to the motion.

IT IS THEREFORE ORDERED AND ADJUDGED that Bank's collateral, a 2014 Ford F-150 truck, is hereby abandoned pursuant to 11 U.S.C. § 554 and the automatic stay of 11 U.S.C. § 362 is hereby immediately terminated thereto. This Order shall become immediately effective and enforceable upon its entry and shall not be stayed by Bankruptcy Rule 4001 (a)(3).

##END OF ORDER##

Submitted by:

/s/ Jeff Rawlings
Attorney for Community Bank of Mississippi

Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642