United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                       Case No. 25-50502-KMS
Jennifer Rebecca Lambert                                        Chapter 7
Brent Deray Lambert
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                  User: mssbad                                   Page 1 of 2
Date Rcvd: Jun 02, 2025                           Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

**Recip ID**               **Recipient Name and Address**
db/jdb                       +   Jennifer Rebecca Lambert, Brent Deray Lambert, 812 Pecan Grove Road, Ellisville, MS 39437-4232

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

**Name**                              **Email Address**

Derek A Henderson T1
                                           trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com

Jeff D. Rawlings
                                           on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Thomas Carl Rollins, Jr
                                           on behalf of Joint Debtor Brent Deray Lambert trollins@therollinsfirm.com
                                           jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                                           on behalf of Debtor Jennifer Rebecca Lambert trollins@therollinsfirm.com
                                           jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: pdf012 | Total Noticed: 1 |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



        **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2025**

    **The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JENNIFER LAMBERT
      AND BRENT LAMBERT                                         NO. 25-50502-KMS

**COMMUNITY BANK OF MISSISSIPPI**                                    **MOVANT**

VS.

**JENNIFER LAMBERT AND BRENT**
**LAMBERT, DEBTORS AND DEREK**
**A. HENDERSON, TRUSTEE**                                                 **RESPONDENTS**

### ORDER ON MOTION TO ABANDON COLLATERAL AND LIFT STAY (DKT #10)

This matter having come on before this Court on the motion of Community Bank of Mississippi ("Bank") to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 and the Court having found that there was no response to the motion.

IT IS THEREFORE ORDERED AND ADJUDGED that Bank's collateral, a 2014 Ford F-150 truck, is hereby abandoned pursuant to 11 U.S.C. § 554 and the automatic stay of 11 U.S.C. § 362 is hereby immediately terminated thereto. This Order shall become immediately effective and enforceable upon its entry and shall not be stayed by Bankruptcy Rule 4001 (a)(3).

##END OF ORDER##

Submitted by:

/s/ Jeff Rawlings
Attorney for Community Bank of Mississippi

Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642