

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: June 18, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jennifer Rebecca Lambert                                     Case No. 25-50502-KMS
         Brent Deray Lambert, Debtors                                                CHAPTER 7

### ORDER PARTIALLY AVOIDING JUDICIAL LIEN

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No. 19] of the debtors to avoid the fixing of the judicial lien (judgment) of American Express National Bank on exempt property of the debtors and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1.   Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (Judgment) obtained against the debtors in the First Judicial County Court of Jones County, Mississippi, being Cause No. 2022-17E in the amount of $4,829.48 enrolled in the Judgement Roll maintained by the Jones County Circuit Clerk and filed under File Number 46374, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 812 Pecan Grove Road, Ellisville, Jones County, Mississippi 39437, being more fully described as follows:

Commence at an axle marking the Southwest corner of the Southwest ¼ of the Southeast ¼ of section 31, Township 8 North, Range 11 West, First Judicial District, Jones County, Mississippi, and run North 00, 00'55 East for 795.97 feet to a ½" rebar on the West edge of Pecan Grove Road, for the point of beginning; Thence run North 00, 00'06 East for 209.00 feet to a ½" rebar; Thence run West for 209.00 feet back to the point of beginning. Said parcel of land is a part of the Southwest ¼ of the Southeast ¼ of Section 31, Township 8 North, Range 11 West, First Judicial District, Jones County, Mississippi and contains 1.00 acre more or less.

Indexing Instructions: SW 1/4 of SE 1/4, of Section 31, Township 8 North, Range 11 West, 1st Judicial District, Jones County, Mississippi.

2. A certified copy of this Order is to be filed in the land records of Jones County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Jennifer Rebecca Lambert (debtor) as grantor. The debtors' attorney will ensure compliance with this provision.

3. The Circuit Clerk of Jones County, Mississippi is to enter on the Judgment roll that the judicial lien (Judgment) of American Express National Bank filed under File Number 46374 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)