United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50502-KMS |
| Jennifer Rebecca Lambert | Chapter 7 |
| Brent Deray Lambert | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 18, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Rebecca Lambert, Brent Deray Lambert, 812 Pecan Grove Road, Ellisville, MS 39437-4232 |
| cr | + | 1st Franklin Financial Corp., 2001 Hwy 15 N. Ste A, Laurel, MS 39440-1820 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jeff D. Rawlings | on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Brent Deray Lambert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jennifer Rebecca Lambert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: pdf012 | Total Noticed: 2 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



      SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: June 18, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jennifer Rebecca Lambert                Case No. 25-50502-KMS
           Brent Deray Lambert, Debtors                     CHAPTER 7

### ORDER PARTIALLY AVOIDING JUDICIAL LIEN

      The above-styled and numbered cause having come on for hearing on the motion [Dkt. No. 20 ] of the debtors to avoid the fixing of the judicial lien (Judgment) of 1st Franklin Financial Corp. on exempt property of the debtors and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

      IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

      1.     Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (Judgment) obtained against the debtors entered in the Justice Court of Jones County, Mississippi, filed at Docket 9303 at page 139 in the amount of $2,365.23, enrolled in the Judgement Roll maintained by the Jones County Justice Court Clerk, is hereby avoided and held for naught to the extent it impairs any property of the debtors otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtors' homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 812 Pecan Grove Road, Ellisville, Jones County, Mississippi 39437, being more fully described as follows:

> Commence at an axle marking the Southwest corner of the Southwest ¼ of the Southeast ¼ of section 31, Township 8 North, Range 11 West, First Judicial District, Jones County, Mississippi, and run North 00, 00'55 East for 795.97 feet to a ½" rebar on the West edge of Pecan Grove Road, for the point of beginning; Thence run North 00, 00'06 East for 209.00 feet to a ½" rebar; Thence run West for 209.00 feet back to the point of

beginning. Said parcel of land is a part of the Southwest ¼ of the Southeast ¼ of Section 31, Township 8 North, Range 11 West, First Judicial District, Jones County, Mississippi and contains 1.00 acre more or less.

Indexing Instructions: SW 1/4 of SE 1/4, of Section 31, Township 8 North, Range 11 West, 1st Judicial District, Jones County, Mississippi.

2. A certified copy of this Order is to be filed in the land records of Jones County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the names of Brent Deray Lambert (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

3. The Justice Court Clerk of Jones County, Mississippi is to enter on the Judgment roll that the judicial lien (Judgment) of 1st Franklin Financial Corp. filed at Docket 9303 at page 139 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtors' attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)