United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50502-KMS |
| Jennifer Rebecca Lambert | Chapter 7 |
| Brent Deray Lambert | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Rebecca Lambert, Brent Deray Lambert, 812 Pecan Grove Road, Ellisville, MS 39437-4232 |
| cr | + | 1st Franklin Financial, 2001 Hwy 15 N., Ste. A, Laurel, MS 39440-1820 |
| 5495668 | + | 1st Franklin, 2001 Highway 15 N, Laurel, MS 39440-1838 |
| 5495670 | + | Air Gas, PO Box 734672, Dallas, TX 75373-4672 |
| 5495672 | + | Brady Industries, 7055 Lindell Rd, Las Vegas, NV 89118-4703 |
| 5495677 | + | City Properties LLC, 2139 Hwy 15, Laurel, MS 39440-1830 |
| 5495678 | | Coastal Community Bank, 415 Evergreen way, Everett, WA 98203 |
| 5495682 | + | Cozzini Bros, 8430 W Bryn Mawr Ave, Chicago, IL 60631-3497 |
| 5495683 | + | Dickeys BBQ, 4514 Cole Ave, Dallas, TX 75205-4197 |
| 5495684 | + | Eco South, Po Box 91568, Mobile, AL 36691-1568 |
| 5495686 | + | Holifield Restaurant, 107 N 14th Ave, Laurel, MS 39440-4113 |
| 5495687 | + | J&J Produce, 105 Frederick St, Hattiesburg, MS 39401-2457 |
| 5495688 | + | Jones County Tax, P.O. Box 511, Laurel, MS 39441-0511 |
| 5495691 | + | MS Power, 420 West Pine St, Hattiesburg, MS 39401-3830 |
| 5495692 | + | Ops Plus, Po Box 3020, Jackson, MS 39207-3020 |
| 5495693 | + | PYE Baker, 2102 Sandy Ln, Laurel, MS 39443-9087 |
| 5495695 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blv, Ste 660, Irving, TX 75038-2671 |
| 5495701 | + | Tom's Commercial A/C, 3 Ten Acres Rd, Laurel, MS 39443-0982 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jul 16 2025 23:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/PDF: bncnotices@becket-lee.com | Jul 16 2025 19:40:09 | American Express National Bank, 115 West Towne Ridge Parkway, Sandy, UT 84070-5511 |
| cr | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 16 2025 19:31:00 | HARLEY-DAVIDSON CREDIT CORP, 14841 Dallas Parkway Suite 350, Dallas, TX 75254-7685 |
| 5495669 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2025 19:40:08 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5495671 | + | Email/PDF: bncnotices@becket-lee.com | Jul 16 2025 19:40:03 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5495675 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Jul 16 2025 19:32:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5495673 | + | EDI: CAPITALONE.COM | Jul 16 2025 23:30:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5495674 | ^ | MEBN | Jul 16 2025 19:31:45 | Ccb/onepro, Po Box 513717, Los Angeles, CA 90051-3717 |
| 5495676 | + | EDI: CITICORP | Jul 16 2025 23:30:00 | Citibank, Po Box 790040, St Louis, MO |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 40 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5495679 | + | EDI: COMCASTCBLCENT | Jul 16 2025 23:30:00 | Comcast, P.O. Box 1931, Burlingame, CA 94011-1931 63179-0040 |
| 5495680 | + | EDI: WFNNB.COM | Jul 16 2025 23:30:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5495681 | + | Email/Text: jill.johnson@communitybank.net | Jul 16 2025 19:32:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank, Flowood, MS 39232-1220 |
| 5495685 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 16 2025 19:32:00 | Harley Davidson, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5495690 | | EDI: MSDOR | Jul 16 2025 23:30:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5495689 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 16 2025 19:31:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5495694 | | Email/Text: bankruptcy@republicfinance.com | Jul 16 2025 19:32:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 5495699 | + | EDI: SYNC | Jul 16 2025 23:30:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5495697 | + | EDI: SYNC | Jul 16 2025 23:30:00 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5495696 | + | EDI: SYNC | Jul 16 2025 23:30:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5495700 | ^ | MEBN | Jul 16 2025 19:31:32 | Sysco, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 5495702 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Jul 16 2025 19:32:00 | US Foods, 3682 Collections Ct, Chicago, IL 60693-0036 |
| 5495703 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Jul 16 2025 19:53:25 | | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Bank of Mississippi |
| cr | *+ | 1st Franklin Financial Corp., 2001 Hwy 15 N. Ste A, Laurel, MS 39440-1820 |
| 5495698 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025      Signature:      /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 40 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Jeff D. Rawlings | on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Brent Deray Lambert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jennifer Rebecca Lambert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer Rebecca Lambert**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx−xx−9178**<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Brent Deray Lambert**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx−xx−8917**<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25−50502−KMS** | | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jennifer Rebecca Lambert**  
aka Jennifer R Lambert, aka Jennifer Rebbecca Lambert

**Brent Deray Lambert**  
aka Brent D Lambert

Dated: 7/16/25

**By the court:** /s/Katharine M. Samson  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                     **Order of Discharge**                                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**